

FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8720

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Luis BELTRAN, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 12, 2008, within the Southern District of California, defendant Jose Luis BELTRAN did knowingly and intentionally import approximately 39.36 kilograms (86.60 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, August 13, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Luis BELTRAN

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On August 12, 2008, at approximately 2025 hours, Customs and Border Protection Officer (CBPO) T. Conteras was assigned to primary lanes at the Calexico, California West Port of Entry. Jose Luis BELTRAN was the driver and sole occupant of the vehicle.

BELTRAN gave CBPO Conteras a negative customs declaration. When CBPO Contreras questioned BELTRAN about the vehicle's owner. BELTRAN stated the vehicle belonged to his sister. CBPO Conteras proceeded and conducted a primary cursory inspection of the vehicle and noticed that when he tapped the bed of the truck, it gave a solid sound. At that time, CBPO Conteras observed BELTRAN appeared to be nervous. CBPO Conteras referred BELTRAN and the vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO J. Rondan approached BELTRAN and the vehicle for inspection. During CBPO Rondan received a negative Customs declaration from BELTRAN and requested CBP Canine Enforcement Officer (CEO) M. McGee to screen the vehicle with his Human Narcotic Detector Dog (HNDD). HNDD alerted to the rear of the vehicle. CBP CEO McGee informed CBPO Rondan of the alert.

CBPO Rondan resumed examination of the vehicle and discovered several packages concealed within the bed of the truck. CBPO Rondan removed a package and probed the package exposing a green leafy substance. A sample of the substance was tested and proved positive for marijuana. A total of twenty (12) packages, with a total weight of 39.36 kilograms (86.60 pounds) were removed from the vehicle.